IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARQUIS LEE JOHNSON, | No. CV-05-00613-PHX-EHC |
| Plaintiff, | **ORDER** |
| vs. | |
| STATE OF ARIZONA ATTORNEY GENERAL; DORA SCHRIRO, | |
| Defendants. | |

On February 23, 2005,  Plaintiff filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Dkt. 1).  Pursuant to the Rules of Practice of this Court, this matter was referred to Magistrate Judge Guerin for Report and Recommendation.  On March 12, 2007, Magistrate Judge Guerin issued a Report and Recommendation (Dkt. 26) in accordance with 28 U.S.C. § 636(b)(1)(B).  The Report and Recommendation recommends that the Court deny the Petition. (Dkt. 26).  Plaintiff filed his Objections to the Report and Recommendation on April 9, 2007. (Dkt. 31).

**Standard of Review**

A district court judge reviews a Report and Recommendation of a Magistrate Judge *de novo*.  *See* 28 U.S.C. § 636(b)(1).

**Discussion**

The Court having reviewed the record *de novo*, including the Objections filed by the Petitioner, adopts in full the Report and Recommendation of the Magistrate Judge and

incorporates the same as part of this Order.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge is **ADOPTED** in full. (Dkt. 26).

**IT IS FURTHER ORDERED** that the Petitioner's Objections to the Report and Recommendation of the Magistrate Judge are **DENIED**. (Dkt. 31).

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED**. (Dkt. 1)

DATED this 5th day of June, 2007.

_____
Earl H. Carroll
United States District Judge

- 2 -